IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
JEFFERSON COUNTY, ILLINOIS

| | |
|---|---|
| H.B. WILLIAMSON CO., an Illinois corporation, d/b/a Williamson-Asia, <br><br> Plaintiff, <br><br> vs. <br><br> ILL-EAGLE ENTERPRISES, LTD., a New Jersey corporation, and DARRYL SGROI, a/k/a Darryl Sage, individually, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) No. 14-L-30 <br> ) <br> ) <br> ) <br> ) FILED <br> ) SECOND JUDICIAL COURT <br> ) <br> ) APR 15 2014 <br> ) <br> ) John Scott <br> ) CLERK OF CIRCUIT COURT <br> ) JEFFERSON COUNTY ILLINOIS |

## VERIFIED COMPLAINT AT LAW

Plaintiff H.B. Williamson Co., by its attorneys, The Sharp Law Firm, P.C., for its Verified Complaint at Law, states as follows:

### THE PARTIES

1. Plaintiff H.B. Williamson Co. ("Plaintiff") is, and at all times material hereto has been, an Illinois corporation, with its principal place of business at 822 Main Street, Mt. Vernon, Illinois 62864. At times Plaintiff does business under the assumed name Williamson-Asia.

2. Defendant Darryl Sgroi, a/k/a Darryl Sage ("Sgroi"), is an individual who resides at 101 Millers Lane, Ringwood, New Jersey 07456, acting as president of Ill-Eagle Enterprises, Ltd. ("Ill-Eagle"), which is a New Jersey corporation, with its principal place of business at 385 Main Street, Little Falls, New Jersey 07424. Sgroi and Ill-Eagel are hereinafter referenced collectively as "Defendants."

1

## JURISDICTION & VENUE

3. This Court has jurisdiction over Defendants pursuant to §§ 2-209(a)(1), 2-209(a)(7), 2-209(b)(4), and 2-209(c) of the Illinois Code of Civil Procedure. Over the last 5 years and 6 months Defendants have been transacting business in Illinois, and this claim arises from that business.

4. Venue is proper in this county pursuant to 735 ILCS 5/2-101(2) in that the transaction in which Plaintiff's cause of action arose took place, in significant part, in Jefferson County, Illinois, and as to Sgroi, due to the forum clause located in the personal guaranty ("Guaranty") attached hereto as Exhibit A.

## COUNT I: DEFENDANT ILL-EAGLE
## FAILED TO PERFORM AS CONTRACTED

1-4. Plaintiff incorporates by reference ¶¶ 1-4 above as ¶¶ 1-4 of this Count I.

5. Ill-Eagle entered into three separate purchase order agreements with Plaintiff between April 2013 and October 2013, which were invoiced between July 2013 and December 2103. After applying all payments by Ill-Eagle, and credits due, the total outstanding balance amount is $318,861.91. True copies of said purchase order agreements and invoices are attached hereto as Group Exhibit B.

6. Pursuant to said purchase orders, and the contract entered into by both parties, Plaintiff provided goods to Ill-Eagle on credit provided by Plaintiff.

7. Under the terms of the contract, Ill-Eagle was to provide timely payments on its balance.

2

8.  Ill-Eagle is currently three (3) months late on its most recent purchase agreement, and seven (7) months late on its oldest purchase agreement, and is in default on its account.

9.  On March 18, 2014, Plaintiff made a demand to Ill-Eagle for payment and no part of the above indebtedness of $318,861.91 has been paid.

10. Ill-Eagle has failed to abide by its contractual agreement with Plaintiff.

WHEREFORE, H.B. Williamson Co. prays that judgment be entered against the defendant, Ill-Eagle:

A.  for damages in the principal amount of $318,861.91;

B.  for cost of this action; and

C.  for such other and further relief as this Court deems equitable.

## COUNT II: DEFENDANT SGROI, a/k/a Darryl Sage, FAILED TO PERFORM AS CONTRACTED

1-10. Plaintiff incorporates by reference ¶¶ 1-10 of Count I as ¶¶ 1-10 of this Count II.

11. On or about July 30, 2013, Sgroi entered into and provided his unconditional and irrevocable Guaranty for payment on all Ill-Eagle's obligations to Plaintiff. This Guaranty is independent of the obligations of Ill-Eagle.

12. Pursuant to the Guaranty's terms, all "obligations" in connection to any credit extensions, transactions, costs of products and services sold to Ill-Eagle by Plaintiff, and any other amounts, charges, expenses, interest, fees, and costs owed by Ill-Eagle to Plaintiff, were personally guaranteed by Sgroi. This includes reasonable attorney fees and costs and collection expenses.

13. On March 18, 2014, Plaintiff made a demand to Sgroi for payment, and no part of the above indebtedness of $318,861.91 has been paid.

14. Sgroi has failed to abide by its contractual agreement with Plaintiff.

WHEREFORE, H.B. Williamson Co. prays that judgment be entered against the defendant, Sgroi:

A. for damages in the principal amount of $318,861.91;

B. for reasonable attorney fees;

C. for the cost of this action; and

D. for such other and further relief as this Court deems equitable.

THE SHARP LAW FIRM, P.C.

By: _____
Darren M. Taylor

Terry Sharp, ARDC 02569833
Darren M. Taylor, ARDC 6310303
THE SHARP LAW FIRM, P.C.
*Attorneys for Plaintiff*
1115 Harrison St.
P.O. Box 906
Mt. Vernon, IL 62864
618-242-0246

Linda\hbwilliamson\illeagle\complaint.doc

## VERIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct.

DATED: ___4-11___, 2014.

By: _____
H.B. Williamson Co.
Terry Schaubert - Owner


Terry Sharp, ARDC 02569833
Darren M. Taylor, ARDC 6310303
THE SHARP LAW FIRM, P.C.
*Attorneys for Plaintiff*
1115 Harrison St.
P.O. Box 906
Mt. Vernon, IL 62864
618-242-0246

Autumn\linda\hbwilliamsoncomplaint.doc

PERSONAL GUARANTY

July 30, 2013

I, _____ for and in consideration of H. B. Williamson Co., dba Williamson Asia (hereafter "WA") extending credit at my request to Ill-Eagle Enterprises, Inc., a New Jersey Corporation with its registered office at 385 Main Street, Little Falls, NJ 07424, including its subsidiaries and/or affiliated companies (hereafter "Ill-Eagle"), hereby personally and unconditionally guarantee and promise to pay WA any obligations of Ill-Eagle to WA and I hereby agree to bind myself to pay WA on demand any sum which may become due to WA by Ill-Eagle, whenever Ill-Eagle shall fail to pay the same.

This Personal Guaranty guarantees all extensions of credit including, but not limited to, increases to the credit limit of the Ill-Eagle, and is not given in association with any one particular grant of credit or credit application. "Obligations" include but are not limited to all extensions of credit to Ill-Eagle, all transactions between Ill-Eagle and WA, the invoiced cost of products and services sold to Ill-Eagle by WA, and any other amounts, charges, expenses, interest, fees, costs owed by Ill-Eagle to WA. I will reimburse WA for all expenses incurred by it in the collection, enforcement or attempted enforcement of any of its rights hereunder against Ill-Eagle or Guarantor including, but not limited to, reasonable attorney fees and costs and collection agent fees and expenses. I subordinate any obligations that Ill-Eagle may have to me to the obligations of Ill-Eagle owed to WA. I agree to so pay and perform without requiring WA to exercise, pursue or enforce any right or remedy WA has against Reseller, any co-guarantor, or any other party.

I consent that from time to time WA may, without notice to me and without affecting any of my liability: (a) exchange, release, sell (by foreclosure or otherwise), consent to the transfer of, apply or otherwise deal with any collateral for repayment of the obligations at the election of WA, (b) refinance, extend, renew, increase, decrease or accelerate the obligations in whole or in part, (c) waive or fail to enforce any of its rights under any instruments evidencing, relating to, or securing the obligations, or (d) settle, release (by operation of law or otherwise), compound, compromise, collect or liquidate, in any manner, any of the obligations, or any obligations of any co-guarantor (whether hereunder or under a separate instrument) or any other party. My obligations under this Personal Guaranty remain in effect and are not diminished or impaired notwithstanding: (a) the change, restructure or termination of the corporate structure or existence of Ill-Eagle and any corresponding restructure of the obligations, (b) the existence of any claim, set off, defense, or other right that Ill-Eagle may have at any time against WA or that I may have against Ill-Eagle. I waive diligence and all demands, protests, presentments, notices of default, non-payment and notice hereof and consent to any modification or renewal of the obligations hereby guaranteed.



PLAINTIFF'S EXHIBIT A

I acknowledge that all payments due hereunder are required to be made to WA at WA's address in Jefferson County, IL, and that an appropriate forum for litigation with respect to the enforcement of this Personal Guaranty shall be in a court of competent jurisdiction in Jefferson County, IL. Notwithstanding the place of residence of Guarantor or the place of execution of this Personal Guaranty, the laws of the State of Illinois shall control the construction, interpretation and enforcement of this Personal Guaranty and all matters related to this Personal Guaranty, without application or reference to conflict of laws provisions.

This Personal Guaranty is a general, continuing, absolute, unconditional and irrevocable guarantee of payment and not of collection, and is an indemnity for such obligations of Ill-Eagle, enforceable by WA, its successors and assigns, and is binding upon Guarantor and Guarantor's heirs and assigns and shall inure to the benefit of WA's successors and assigns. The liability of Guarantor is primary, direct, unconditional and independent of the obligations of Ill-Eagle. If more than one person shall execute this Personal Guaranty, the singular shall include the plural and the terms "undersigned" and "Guarantor" shall mean all persons signing this Personal Guaranty, and each of them shall be jointly and severally obligated hereunder. All of WA's rights and remedies hereunder are cumulative and not alternative.

EACH PARTY HEREBY WAIVES TRIAL BY JURY IN ANY ACTION, PROCEEDING, CLAIM, OR COUNTERCLAIM BROUGHT BY EITHER PARTY IN CONNECTION WITH ANY MATTER ARISING OUT OF OR IN ANY WAY CONNECTED WITH THIS PERSONAL GUARANTY OR THE RELATIONSHIP OF WA AND GUARANTOR HEREUNDER.

"GUARANTOR"

Signature: [signed]
Legal Name: Darryl Sgroi
Date of Birth: April 10, 1969
Home Address: 101 Millers Lane Ringwood NJ 07456

# COMMERCIAL INVOICE

H.B. WILLIAMSON CO.
dba WILLIAMSON ASIA
822 MAIN STREET
MOUNT VERNON, IL 62864
618-242-7560

PO#: 0014893
Date: 11/29/2013
SHIPPING DATE: 12/01/2013
PAYMENT: T/T
INVOICE NO.: 200911805
Name of Article: Plastic Picture Frame

*emailed to Stephen@IE 1/7/14 w/ ROKU CK*

ILL Eagle Enterprises Ltd
385 Main Street, Little Falls, NJ
7424

CONTAINER AND SEAL NO.: GESU9461395/AN20121594; APRU5717726/AN20121597

| Marks & Numbers | DESC. | ITEM NO. | CTNS | PCS/CTN | QTY(PCS) | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| PO#<br>ITEM NO.:<br>UPC NO.:<br>DESC.:<br>CASE PACK | Mirror Serenity | BB636 | 3000 | 4 | 12000 | $4.24 | $50,880.00 |
| | | TTL: | 3000 CTNS | | 12000 PCS | | $50,880.00 |

SAY U.S. DOLLARS FIFTY THOUSAND EIGHT HUNDRED AND EIGHTY ONLY

page 1 of 1


PLAINTIFF'S EXHIBIT
Group B



# Purchase Order

Page: 1

**ILL EAGLE ENTERPRISES, LTD.**
385 MAIN STREET
LITTLE FALLS, NJ 07424
Phone: 973-237-1111
Fax: 973-237-1112

P.O. Number: 0014893
Order Date: 10/15/2013

Vendor Number: WILASIA

**Vendor:**
Williamson Asia
17182 E. Il Highway 15
Mount Vernon, IL 62864
Confirm To:

**Ship To:**
ILL-EAGLE ENTERPRISES, LTD.
385 MAIN STREET
LITTLE FALLS, NJ 07424

| Required Date | Ship VIA | F.O.B. | Terms | | |
|---|---|---|---|---|---|
| 10/15/2013 | | | Net 60 | | |
| Item Code | | | Ordered Unit | Unit Cost | Amount |
| BB636 | MIRROR SERENITY | | 12,000.000 EACH | 4.2400 | 50,880.00 |

Net Order: 50,880.00
Sales Tax: 0.00
Freight: 0.00
Order Total: 50,880.00

# COMMERCIAL INVOICE



H.B. WILLIAMSON CO.
dba WILLIAMSON ASIA
622 MAIN STREET
MOUNT VERNON, IL 62864
618-242-7560

PO#: 0014325
Date: 09/06/2013
SHIPPING DATE: 09/08/2013
PAYMENT: T/T
INVOICE NO.: 200911705

ILL EAGLE ENTERPRISES LTD
386 MAIN STREET
LITTLE FALLS, NJ 07424

NAME OF ARTILE: PLASTIC PICTURE FRAME

Quantities and Descriptions — Unit price/Set — Amount

| PO# | ITEM NO. | DESC. | QTY | FOB NINGBO USD Unit | USD Amount |
|---|---|---|---|---|---|
| ITEM NO.: | BB460 | 3 Pk Mlr Bath Bubbles | 6000 | $4.24 | $25,440.00 |
| UPC NO.: | | | | | |
| DESC.: | | | | | |
| CASE PACK | | | | | |

TOTAL: 6000PCS        $25,440.00

SAYS ONLY US DOLLARS TWENTY FIVE THOUSAND FOUR HUNDRED AND FORTY ONLY

Banking Instructions:
Bank Name: Fifth Third Bank
Bank Address: 20 Fountain Square
Cincinnati, OH 45263
Ph: 800-589-5355
Routing Transit No. (ABA#) 042000314
For Credit to: H B Williamson Co.
dba Williamson Asia
822 Main Street
Mount Vernon, IL 62864
Account Number: 7690386060

*Emailed to Stephen at Ill Eagle cc: Roxie 10/1/13 CWK*

# COMMERCIAL INVOICE



H.B. WILLIAMSON CO.
dba WILLIAMSON ASIA
822 MAIN STREET
MOUNT VERNON, IL 62864
618-242-7560

PO#: 0014326
Date: 07/26/2013
SHIPPING DATE: 07/18/2013
PAYMENT: T/T
INVOICE NO.: 200911666

ILL EAGLE ENTERPRISES LTD
385 MAIN STREET
LITTLE FALLS, NJ 07424

| PO# | ITEM NO. | DESC. | QTY | Unit price | USD |
|---|---|---|---|---|---|
| ITEM NO.: | BB663 | ART FR 7PC CONTEMPORA | 5250 | $21.110 | $110,827.50 |
| UPC NO.: | BB664 | ART FR 7PC FLORAL | 2670 | $21.110 | $56,363.70 |
| DESC.: | | Testing Charge | | | $4,580.69 |
| CASE PACK | | | | | |
| | | TOTAL: | 7920 | | $171,771.79 |

SAY U.S.DOLLARS ONE HUNDRED SEVENTY ONE THOUSAND SEVEN HUNDRED SEVENTY ONE AND SEVENTY NINE CENTS ONLY

Banking Instructions:
Bank Name: Fifth Third Bank
Bank Address: 20 Fountain Square
Cincinnati, OH 45263
Ph: 800-589-5355
Routing Transit No. (ABA#) 042000314
For Credit to: H B Williamson Co.
dba Williamson Asia
822 Main Street
Mount Vernon, IL 62864
Account Number: 7690386060

*[handwritten: Emailed to Stephen @ Ill Eagle cc: Roxie 7/30/13 CNR]*

# COMMERCIAL INVOICE



H.B. WILLIAMSON CO.
dba WILLIAMSON ASIA
822 MAIN STREET
MOUNT VERNON, IL 62864
618-242-7560

PO#: 0014326
Date: 07/26/2013
SHIPPING DATE: 07/23/2013
PAYMENT: T/T
INVOICE NO.: 200911668

ILL EAGLE ENTERPRISES LTD
385 MAIN STREET
LITTLE FALLS, NJ 07424

## Quantities and Descriptions / Unit price/Set / Amount

| PO# | ITEM NO. | DESC. | QTY | Unit price | USD |
|---|---|---|---|---|---|
| ITEM NO.: | BB663 | ART FR 7PC CONTEMPORA | 3500 | $21.110 | $73,885.00 |
| UPC NO.: | BB664 | ART FR 7PC FLORAL | 1780 | $21.110 | $37,575.80 |
| DESC.: | | | | | |
| CASE PACK | | | | | |
| | | TOTAL: | 5280 | | $111,460.80 |

SAY U.S.DOLLARS ONE HUNDRED ELEVEN THOUSAND FOUR HUNDRED SIXTY AND EIGHTY CENTS ONLY

**Banking Instructions:**
Bank Name: Fifth Third Bank
Bank Address: 20 Fountain Square
Cincinnati, OH 45263
Ph: 800-589-5355
Routing Transit No. (ABA#) 042000314
For Credit to: H B Williamson Co.
dba Williamson Asia
822 Main Street
Mount Vernon, IL 62864
Account Number: 7690386060

*[handwritten: Emailed to Stephen C. Illeagle cc: Roxie 7/30/13 CVK]*

# COMMERCIAL INVOICE



H.B. WILLIAMSON CO.
dba WILLIAMSON ASIA
822 MAIN STREET
MOUNT VERNON, IL 62864
618-242-7560

PO#: 0014326
Date: 07/26/2013
SHIPPING DATE: 07/23/2013
PAYMENT: T/T
INVOICE NO.: 200911667

ILL EAGLE ENTERPRISES LTD
385 MAIN STREET
LITTLE FALLS, NJ 07424

| PO# | ITEM NO. | DESC. | QTY | Unit price | USD |
|---|---|---|---|---|---|
| ITEM NO.: | WBB663 | ART FR 7PC CONTEM 653 | 400 | $21.110 | $8,444.00 |
| UPC NO.: | WBB664 | ART FR 7PC FLORAL 653 | 240 | $21.110 | $5,066.40 |
| DESC.: | BB666 | ART FR 7PC LODGE | 340 | $21.110 | $7,177.40 |
| CASE PACK | WBB666 | ART FR 7PC LODGE 653 | 40 | $21.110 | $844.40 |
| | BB667 | ART FR 7PC TROPICAL | 352 | $21.110 | $7,430.72 |
| | WBB667 | ART FR 7PC TROPIC 653 | 60 | $21.110 | $1,266.60 |
| | BB665 | ART FR 7PC COASTAL | 332 | $21.110 | $7,008.52 |
| | WBB665 | ART FR 7PC COASTA 653 | 60 | $21.110 | $1,266.60 |
| | | TOTAL: | 1824 | | $ 38,504.64 |

SAY U.S.DOLLARS THIRTY EIGHT THOUSAND FIVE HUNDRED FOUR AND SIXTY FOUR CENTS ONLY  <18,075.18> Paid 12/2/1

$ 20,429.46

**Banking Instructions:**
Bank Name: Fifth Third Bank
Bank Address: 20 Fountain Square
Cincinnati, OH 45263
Ph: 800-589-5355
Routing Transit No. (ABA#) 042000314
For Credit to: H B Williamson Co.
dba Williamson Asia
822 Main Street
Mount Vernon, IL 62864
Account Number: 7690386060

emailed to Stephen @ ill eagle pc.roxu 7/30/13 CJK

*note: there was an additional invoice for this P.O. but it has been paid in full. Inv # 200911665  $57,756.96

Purchase Order                                                                        Page:    1



**ILL EAGLE ENTERPRISES, LTD.**
385 MAIN STREET
LITTLE FALLS, NJ 07424
Phone: 973-237-1111
Fax: 973-237-1112

P.O. Number:  0014625
Order Date:  7/17/2013

Vendor Number:  WILASIA

Vendor:
Williamson Asia
17182 E. Il Highway 15
Mount Vernon, IL  62864
Confirm To:

Ship To:
ILL-EAGLE ENTERPRISES, LTD.
385 MAIN STREET
LITTLE FALLS, NJ  07424

| Required Date | Ship VIA | F.O.B. | Terms | | |
|---|---|---|---|---|---|
| 7/17/2013 | | | Net 60 | | |
| Item Code | | | Ordered Unit | Unit Cost | Amount |
| BB460 | 3 PK MIR BATH BUBBLES | | 6,000.000 EACH | 4.2400 | 25,440.00 |

Net Order:  25,440.00
Sales Tax:  0.00
Freight:  0.00
Order Total:  25,440.00

Purchase Order                                                                                              Page:     1



**ILL EAGLE
ENTERPRISES, LTD.**
385 MAIN STREET
LITTLE FALLS, NJ 07424
Phone: 973-237-1111
Fax: 973-237-1112

P.O. Number:  0014326
Order Date:   4/11/2013

Vendor Number:  WILASIA

Vendor:
Williamson Asia
17182 E. Il Highway 15
Mount Vernon, IL  62864
Confirm To:

Ship To:
ILL-EAGLE ENTERPRISES, LTD.
385 MAIN STREET
LITTLE FALLS, NJ  07424

| Required Date | Ship VIA | F.O.B. | Terms | | |
|---|---|---|---|---|---|
| 7/2/2013 | | | Net 60 | | |
| Item Code | | | Ordered Unit | Unit Cost | Amount |
| BB663 | 7 PC CONTEMPORARY | | 8,750.000 EACH | 21.1100 | 184,712.50 |
| BB664 | 7 PC FLORAL | | 4,450.000 EACH | 21.1100 | 93,939.50 |
| BB665 | 7 PC COASTAL | | 830.000 EACH | 21.1100 | 17,521.30 |
| BB666 | 7 PC LODGE | | 852.000 EACH | 21.1100 | 17,985.72 |
| BB667 | 7 PC TROPICAL | | 880.000 EACH | 21.1100 | 18,576.80 |
| | *****ALL ITEMS ABOVE ARE CASE PACKS OF 2 | | | | |
| WBB663 | 7 PC WEB CONTEMPORARY | | 1,000.000 EACH | 21.1100 | 21,110.00 |
| WBB664 | 7 PC WEB FLORAL | | 600.000 EACH | 21.1100 | 12,666.00 |
| WBB665 | 7 PC WEB COASTAL | | 150.000 EACH | 21.1100 | 3,166.50 |
| WBB666 | 7 PC WEB LODGE | | 100.000 EACH | 21.1100 | 2,111.00 |
| WBB667 | 7 PC WEB TROPICAL | | 150.000 EACH | 21.1100 | 3,166.50 |

*****ALL ITEMS WEB STORE ARE CASE PACKS OF 1

BED BATH PURCHASE ORDER NUMBERS AND SHIPPING INSTRUCTIONS WILL FOLLOW

Net Order:     374,955.82
Sales Tax:          0.00
Freight:            0.00
Order Total:   374,955.82



# WILLIAMSON ASIA

## Credit Memo

**FROM:**
WILLIAMSON ASIA
822 MAIN STREET
MT VERNON, IL 62864 USA
618-580-0627

**PO#:** 0013836
**Invoice No.:** 2009231CM
**DATE:** 2013-03-13

**TO:**
ILL EAGLE ENTERPRISES LTD
385 MAIN STREET
LITTLE FALLS, NJ 07424
PETER

| SKU No. | DESCRIPTION | TTL QTY | Unit price | Amount |
|---|---|---|---|---|
| BB639 | Large Patch Accordion 30x40 | -758 | $22.13 | -16,774.54 |
| BB640 | Large Circle Accordion 30x40 | -800 | $22.13 | -17,704.00 |
| BB641 | Large City Accordion 30x40 | -800 | $22.13 | -17,704.00 |
| BB642 | Small Circle Accordion | -800 | $5.60 | -4,480.00 |
| BB643 | Small Teal Floral Accordion | -796 | $5.60 | -4,457.60 |
| | | | Total Due | (61,120.14) |

**Reason:** Pending Quality Issues p.o.#0013836
**Reference:** Invoice #200911532 & 200911549

## Williamson Asia
## Customer Open Balance
### All Transactions

| Type | Date | Num | Memo | Open Balance | Ship Date | Due Date | Notes |
|---|---|---|---|---|---|---|---|
| **ILL EAGLE** | | | | | | | |
| Invoice | 07/18/2013 | 200911666 | ILL EAGLE P.O.#0014326 | 171,771.79 | 7/18/2013 | 9/16/2013 | |
| Invoice | 07/23/2013 | 200911667 | ILL EAGLE P.O.#0014326 | 20,429.46 | 7/23/2013 | 9/21/2013 | |
| Invoice | 07/23/2013 | 200911668 | ILL EAGLE P.O.#0014326 | 111,460.80 | 7/23/2013 | 9/21/2013 | |
| Invoice | 09/06/2013 | 200911705 | ILL EAGLE P.O.#0014625 | 25,440.00 | 9/6/2013 | 11/5/2013 | |
| Invoice | 12/01/2013 | 200911805 | ILL EAGLE P.O.#0014893 | 50,880.00 | 12/1/2013 | 1/30/2014 | |
| Invoice | 03/13/2013 | 2009231CM | ILL EAGLE P.O.#0013836--Pending Quality Issues | -61,120.14 | NA | | |
| **Total ILL EAGLE** | | | | 318,861.91 | | | |

total — outstanding